OLIVER EHLINGER, SBN 278281
STEPHEN E. GOLDBERG, SBN 173499
LEGAL SERVICES OF NORTHERN CALIFORNIA
515 12th Street
Sacramento, CA 95814
Telephone: (916) 551-2150
Fax: (916) 551-2196

Attorneys for Plaintiff Byron Manning

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON MANNING,<br><br>    Plaintiff,<br><br>    vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner, Social Security Administration,<br><br>    Defendant. | Case No. 2:16-cv-01458-CMK<br><br>ORDER FOR EXTENSION OF TIME |

Pursuant to the Parties' Stipulation for Extension of Time, IT IS HEREBY ORDERED that Plaintiff has until October 17, 2017, to submit his reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment. All other dates in the Scheduling Order shall be extended accordingly.

Dated: September 12, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE