IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON MANNING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 2:16-CV-1458-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brought this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Final judgment was entered on November 2, 2018, and plaintiff appealed. Pursuant to the parties' stipulation, the Ninth Circuit Court of Appeals vacated this Court's final judgment and remanded with instruction to remand the matter back to the agency pursuant to sentence four of 42 U.S.C. § 405(g). The Ninth Circuit's mandate issued on September 23, 2019.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to the Ninth Circuit's instruction, this matter is hereby remanded back to the agency pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the parties' stipulation filed in the appellate court; and

2. The Clerk of the Court is directed to enter judgment and close this file.

Dated: June 3, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE